AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

JAMELA CARTHAN, as Natural Mother, Guardian and Next Friend of J.D.C, a Minor, and as Personal Representative on Behalf of the Wrongful Death Beneficiaries of THE ESTATE OF EDWARD BOYD )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:25-CV-163-CWR-ASH
MANAGEMENT & TRAINING CORPORATION, and JOHN AND JANE DOES 1-100 )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Management & Training Corporation
CT Corporation System, Registered Agent
645 Lakeland East Drive
Suite 101
Flowood, Mississippi 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Courtney D. Sanders
Coxwell & Associates, PLLC
500 North State Street
Jackson, Mississippi 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 11 2025

ARTHUR JOHNSTON
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*