IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMELA CARTHAN, as Natural Mother, Guardian and**      **PLAINTIFF**
**Next Friend of J.D.C., a Minor, and as Personal**
**Representative on Behalf of the Wrongful Death**
**Beneficiaries of the ESTATE OF EDWARD BOYD, Deceased**

                               **CIVIL ACTION NO. <u>3:25-cv-163-CWR-ASH</u>**

**MANAGEMENT & TRAINING CORPORATION (MTC),**
**and JOHN AND JANE DOES 1-100**                          **DEFENDANTS**

---

### NOTICE OF DEPOSITION

---

PLEASE TAKE NOTICE that undersigned counsel of record for the Plaintiff in the above-styled and referenced matter will take the oral deposition of **JAMES MCNAMEE** in accordance with and for all purposes authorized under the *Federal Rules of Civil Procedure*, before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths, and will continue day to day until completed. You are invited to attend and participate as you deem fit and proper.

         **DATE:**          **December 17, 2025**

         **TIME:**          **1:30 p.m.**

         **PLACE:**        **East Mississippi Correctional Facility (EMCF)**
                              **10641 Hwy. 80 E.**
                              **Meridian, Mississippi 39307**

RESPECTFULLY SUBMITTED, THIS the 15th day of December, 2025.

                                   **JAMELA CARTHAN**

                       BY:      /s/ *Courtney D. Sanders*
                                COURTNEY D. SANDERS

MERRIDA ("BUDDY") COXWELL (MB# 7782)
COURTNEY D. SANDERS (MB# 106444)
**COXWELL & ASSOCIATES, PLLC**
500 N. State St.
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
merridac@coxwelllaw.com
courtneys@coxwelllaw.com

CHARLES R. MULLINS (MB# 9821)
**MULLINS LAW**
1146 Lyncrest Avenue
Jackson, MS 39202
chuck@chuckmullinslaw.com
(P) 769.216.8373

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I, Courtney D. Sanders, counsel of record for the Plaintiff in the above-styled and referenced matter, do hereby certify that I have this day filed the above and foregoing *Notice of Deposition* with the Clerk of Court utilizing the ECF system, which sent notification of same to all counsel of record.

THIS, the 15th day of December 2025.

　　　　　　　　　　　　　　　　　　　　/s/ *Courtney D. Sanders*
　　　　　　　　　　　　　　　　　　　　COURTNEY D. SANDERS